UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| THOMAS ADDO OFORI<br>A #206-372-674 | CIVIL ACTION NO. 15-0029<br>SECTION P |
| VERSUS | JUDGE ROBERT G. JAMES |
| ALICE MILLER, ET AL. | MAGISTRATE JUDGE HAYES |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED, ADJUDGED, AND DECREED that Respondents' Motion to Dismiss, [Doc. No. 14], is **GRANTED,** and the Petition for Writ of *Habeas Corpus* [Doc. No. 4] is **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

MONROE, LOUISIANA, this 25th day of August, 2015.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE